SECURITY MORTGAGE COMPANY, Appellant, v. I. SIDNEY KALLIS, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.; Clarke, P. J., dissented.